# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**CHI THE LE, et al.**

-vs-   Case No. 04-2037-CM

**HYVEE STORES, INC.**

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

pursuant to the Memorandum and Order dated May 18, 2005, plaintiff to take nothing and the action is dismissed on the merits. Defendant to recover of plaintiffs its costs of action.

Date:   May 18, 2005          RALPH L. DeLOACH, CLERK

By: s/ Jane Stepp
    Jane Stepp, Deputy Clerk